# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| | | |
|---|---|---|
| Heather Nicole Gray | **Repayment Agreement and Order** | No: 7:18-CR-00057-001 |

On August 7, 2020, Heather Nicole Gray was sentenced to 41 months imprisonment followed by a 36 month term of supervised release.

After a review of her financial status, the following repayment agreement has been reached with Ms. Gray. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 7, 2020, I have been ordered to pay a total restitution of $321,854.00 and a special assessment of $100.00.

2. On August 25, 2022, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on June 11, 2021. The current balance of my restitution is $320,730.52.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 25th day of October, 2022, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

_____    4/12/2023
Heather Nicole Gray                 Date

_____    4/12/2023
William J. Lee, U.S. Probation Officer   Date

_____    4/13/2023
Assistant U.S. Attorney             Date

---

**THE COURT ORDERS:**

☑ Approval   ☐ Disapproval

_____
W. Louis Sands
Senior U.S. District Judge

4/17/23
Date