# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:18-CR-57 (WLS-TQL-1) |
| | : |
| HEATHER NICOLE GRAY, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Request for Hearing Regarding Wage Garnishment (Doc. 62) ("the Request"). The Government is hereby **ORDERED** to file a response to the Request no later than **Friday, March 7, 2025**.

**SO ORDERED**, this 13th day of February 2025.

                                                                   /s/ W. Louis Sands
                                                                   **W. LOUIS SANDS, SR. JUDGE**
                                                                   **UNITED STATES DISTRICT COURT**