IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:18-CR-57 (WLS-ALS -1) |
| HEATHER NICOLE GRAY, | : |
| Defendant. | : |

## **ORDER**

Before the Court is Defendant's Request for Hearing Regarding Wage Garnishment (Doc. 62) ("the Request"). The United States Probation Office ("USPO") contacted the Court to relay that Ms. Gray no longer seeks a hearing because her garnishment has been reduced since the Request was filed. However, before denying the Request as moot, the Court finds it proper for Defendant to notify the Court whether she intends to pursue her Request for Hearing any further.

Accordingly, Defendant is **ORDERED** to respond in writing indicating whether she wishes to pursue her Request for Hearing Regarding Wage Garnishment (Doc. 62) further or whether the Court should deny the Request as moot, without prejudice. Such response shall be filed no later than **Tuesday, March 4, 2025**. In the meantime, the Government's deadline to file a response to the Request, as ordered, is **SUSPENDED**.

**SO ORDERED**, this 18th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**